

ATTORNEYS AND COUNSELORS AT LAW

January 18, 2017

VIA ECF
Honorable P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re: *Dog & Bone Holdings Pty Ltd. v. Nokē Ltd. et al. (No. 16-cv-3932)*

Dear Judge Castel,

The parties to the above-captioned litigation submit this joint letter with regard to the Civil Case Management Plan and Scheduling Order, filed September 23, 2016 (Dkt. 27) (hereinafter "Scheduling Order"), and the Court's Order, dated January 9, 2017, extending the deadline for completion of Disclosure of Invalidity Contentions to January 18, 2017 (Dkt. 29).

We write to request that the Court extend the deadlines set forth in the Scheduling Order and the January 9 Order by one month so as to allow the parties to negotiate a settlement of this matter. All parties have agreed that, with the Court's permission, the deadlines be extended as follows:

- Disclosure of Invalidity Contentions to February 17, 2017;
- Fact discovery to May 8, 2017;
- Expert Discovery to July 31, 2017; and
- Opinion of Counsel to August 31, 2017.

This is the parties' second request for an extension of time relating to the Disclosure of Invalidity Contentions and the first request for an extension of time relating to all other deadlines.

Respectfully submitted,

/s/ Joseph V. DeMarco
Joseph V. DeMarco (JD3499)
DEVORE & DEMARCO LLP
99 Park Avenue, Suite 1100
New York, NY 10016
(212) 922-9499
jvd@devoredemarco.com

*Attorneys for Defendants/Counter-Claimants
Nokē LLC and Fūz Designs LLC*

/s/ Stefan R. Stoyanov
Stefan R. Stoyanov
STOYANOV LAW P.L.L.C.
757 Third Avenue, 20th Fl.
New York, NY 10017
(212) 602-1338
stefan@stoyanovlaw.com

*Attorney for Plaintiff Dog & Bone*

Cc: Mark T. Rasich
Justin K. Flanagan
Stoel Rives LLP
201 S. Main Street, Suite 1100
Salt Lake City, Utah 84111
(810) 328-3131

*Attorneys for Defendants/Counter-Claimants
Nokē LLC and Fūz Designs LLC*