AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Southern District of New York__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>16-cv-03932 | DATE FILED<br>5/26/2016 | U.S. DISTRICT COURT<br>for the Southern District of New York | |
|---|---|---|---|
| PLAINTIFF<br>Dog & Bone Holdings Pty Ltd | | DEFENDANT<br>Nokē LLC et al. | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  9,109,379 | 8/18/2015 | Dog & Bone Holdings Pty Ltd | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order |

| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>Yadira Fuschillo | DATE<br>8/2/18 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

The Clerk is directed to close the case.

SO ORDERED
/s/ P. Kevin Castel
8-1-18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DOG & BONE HOLDINGS PTY LTD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOKĒ LLC and FŪZ DESIGNS LLC. ) <br> ) <br> Defendants ) | Civil Action No. 16-CV-3932-PKC <br><br> ECF Case |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/18

## JOINT STIPULATION OF DISMISSAL

Whereas, Dog & Bone Holdings Pty Ltd ("Dog & Bone") and Defendants Nokē LLC and Fūz Designs LLC (collectively "Nokē"), hereby stipulate and agree, by and through their respective undersigned attorneys, that all claims by Dog & Bone against Nokē, and all counterclaims by Nokē against Dog & Bone in the above-captioned action are hereby dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure subject to the terms of this Order and a confidential Settlement Agreement.

NOW THEREFORE, it is ordered as follows:

1. The parties have signed a confidential Settlement Agreement effective as of July 11, 2017.

2. The claims by Dog & Bone against Nokē are hereby dismissed with prejudice.

3. The counterclaims by Nokē against Dog & Bone are hereby dismissed with prejudice.

4. Each party to bear its own costs and attorneys' fees.

Dated: July 13, 2017

Respectfully Submitted,

By: /s/ Justin Flanagan
Justin K. Flanagan (*Pro hac vice*)
PHILLIPS RYTHER & WINCHESTER
124 South 600 East
Salt Lake City, Utah 84102
E-Mail: jkf@prwlawfirm.com
Tel: (810) 368-2405

*Attorneys for Defendants/Counter-Claimants Nokē LLC and Fūz Designs LLC*

By: /s/ Stefan Stoyanov
Stefan R. Stoyanov (SDNY SS1527)
STOYANOV LAW PLLC
757 Third Avenue, 20th Floor
New York, NY 10017
E-Mail: Stefan@StoyanovLaw.com
Tel.: (212) 602-1338

*Attorneys for Plaintiff Dog & Bone*

**SO ORDERED:**

U.S.D.J.

7-14-17

2